# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY GIBRIANO, *on behalf of herself and all others similarly situated*, | Civil Action No. 21-19937 (JXN) (LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| EISAI, INC. AND ARENA PHARMACEUTICALS, INC., | |
| Defendants. | |

**NEALS**, District Judge

**THIS MATTER**, before the Court on the motions filed by Defendants Eisai, Inc. ("Eisai") (ECF No. 54) and Arena Pharmaceuticals, Inc.'s ("Arena") (ECF No. 55) to dismiss Plaintiff Amy Gibriano's ("Gibriano" or "Plaintiff") First Amended Class Action Complaint ("FAC") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Plaintiff opposed the motions (ECF No. 58), and Defendants replied in further support (ECF Nos. 59, 60). Jurisdiction is proper pursuant to 28 U.S.C. § 1332. Venue is proper pursuant to 28 U.S.C. § 1391. The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

**IT IS** on this 30th day of March, 2024,

**ORDERED** that Defendants' motions to dismiss Plaintiff's Complaint (ECF Nos. 54, 55) are hereby **GRANTED** and Plaintiff's FAC is hereby **DISMISSED WITH PREJUDICE** it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

JULIEN XAVIER NEALS
United States District Judge

1